IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION


J.C. OTIS COLLINS                                                                    PLAINTIFF


        v.                          Civil No. 4:13-cv-04118

MR. MITCH, Supervisor of
River Ridge Treatment Center                                                         DEFENDANT

**ORDER**

        J.C. Collins has submitted for filing in this district a *pro se* civil action. I find the

Complaint should be provisionally filed prior to a determination regarding Plaintiff's status as a

pauper and service of process.  The Clerk is **DIRECTED** to file the Complaint.

        Plaintiff failed to submit with his complaint an application to proceed *in forma pauperis*

("IFP").  The clerk is **DIRECTED** to mail Plaintiff a blank IFP application**.**  Plaintiff is given until

**January 6, 2014**, to either complete, sign, and return the IFP application to this court for review and

filing or pay the $350 filing fee plus a $50 administrative fee.  **If the Plaintiff fails to return the**

**completed IFP application or pay the $400 fee by January 6, 2014, the Complaint will become**

**subject to summary dismissal for failure to obey an order of the Court.**

        **IT IS SO ORDERED** this **9th day of December 2013.**


                                        /s/ Barry A. Bryant
                                        HON. BARRY A. BRYANT
                                        UNITED STATES MAGISTRATE JUDGE